# United States District Court

## DISTRICT OF     DELAWARE

UNITED STATES OF AMERICA

v.

JORGE MEJIAS

(Name and Address of Defendant)

**Criminal Complaint**

07-04M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about __January 10, 2007__ in __New Castle__ County, in the District of __Delaware and elsewhere__ defendant(s), (Track Statutory Language of Offense)

a native and citizen of the Dominican Republic, was found in the United States after having been deported and without having received permission to reenter the United States

in violation of Title __8__ United States Code, Section(s) __1326__.

I further state that I am a(n) __Special Agent, Immigration and Customs Enforcement__ and that this complaint is based
                                              Official Title
on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   YES

_____
Signature of Complainant
Patrick. M. McCall
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

__January 11, 2007__                    at   __Wilmington, DE__
Date                                         City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer             Signature of Judicial Officer

## AFFIDAVIT of PATRICK MCCALL

Your affiant is a Special Agent of the United States Immigration and Customs Enforcement (ICE) at Philadelphia, Pennsylvania and has been so employed for approximately eighteen and one half (18 1/2) years. Being duly sworn, your affiant deposes and says as follows:

1. On November 8, 2006, the U.S. Immigration and Customs Enforcement Office in Wilmington, Delaware received a notification from Gander Hill Prison relating to the arrest of Jorge MEJIAS for the offenses of Criminal Impersonation and Delivery of a Schedule II Narcotic Drug (cocaine).

2. The fingerprints of Jorge MEJIAS were searched through the Automated Identification Fingerprint System (AFIS) and matched the Federal Bureau of Investigation Identification Record of Jorge MEJIAS. Your affiant retrieved and reviewed the FBI Identification Record of Jorge MEJIAS. This record shows arrests by the United States Immigration and Naturalization Service in Philadelphia, Pennsylvania and Miami Florida under immigration file number A74 010 547.

3. The immigration file of Jorge MEJIAS (A74 010 547) was retrieved by your affiant and revealed that MEJIAS was a native and citizen of the Dominican Republic by birth who had been deported from the United States on September 12, 2002 at Philadelphia, Pennsylvania on U.S. Air Flight# 1995 to the Dominican Republic.

4. On January 10, 2007, your affiant interviewed Jorge MEJIAS regarding his arrest and deportation from the United States. After advising him of his Miranda rights,

MEJIAS agreed to speak without the presence of an attorney and stated that he was a native and citizen of the Dominican Republic and admitted to having been deported from the United States in 2004 at Philadelphia, Pennsylvania. MEJIAS further admitted that he entered the United States illegally at Newark, New Jersey by boat on an unknown date in January of 2004 and never filed for permission to reenter the United States after his deportation. MEJIAS provided a written statement relating to these facts.

5. You affiant has reviewed the immigration file of Jorge Manuel MEJIAS and can find no Record of the filing of an Application for Permission to Reapply for admission to the United States After Deportation.

Based on the above facts, your affiant avers that there is probable cause to believe that on or about January 10, 2007, at Wilmington, Delaware in the District of Delaware, Jorge Manuel MEJIAS, a native and subject of the Dominican Republic, was found in the United States, after having been deported, in violation of Title 8, United States Code, Section 1326.

PATRICK M. MCCALL
Special Agent, ICE

Sworn and subscribed to me this
_11_ day of January, 2007.

Mary Pat Thynge
United States Magistrate Judge