AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JORGE MEJIAS

**WARRANT FOR ARREST**

CASE NUMBER: 07- 04M-MPT

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JORGE MEJIAS, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

**charging him with** (brief description of offense)

being found in the United States after having been deported and without having received permission to reenter the United States,

in violation of Title __8__ United States Code, Section (s) __1326__ .

**Honorable Mary Pat Thynge**
Name of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

Signature of Issuing Officer

January 11, 2007        Wilmington, Delaware
Date and Location

**Bail fixed at $** _____

by _____
Name of Judicial Officer

FILED
JAN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
844 King St

| DATE RECEIVED 1-11-07 | NAME AND TITLE OF ARRESTING OFFICER William David, DUSM | SIGNATURE OF ARRESTING OFFICER William Daud |
|---|---|---|
| DATE OF ARREST 1-11-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest