UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
) CASE NO. CR 07-12 (GMS)
vs. )
) 
Jorge Mejias )
)
       Defendant. )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on 2/8/07 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until March 9, 2017 The time between the date of this order and March 9, 2017 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                    Honorable Mary Pat Thynge
                                                    U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney